

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00366-CR

**ALI MOHAMED MUSLEH, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. DC78-CR2023-0935, Honorable Meredith Kennedy, Presiding

March 17, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Ali Mohamed Musleh, appeals his conviction for online solicitation of a minor[1] and sentence to ten years of confinement.[2]  Pending before the Court is Appellant's motion to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion is signed by both Appellant and his attorney.  Because no

---

[1] *See* TEX. PENAL CODE § 33.021.

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

decision of the Court has been issued, the motion is granted and the appeal is dismissed.

No motion for rehearing will be entertained, and the Court's mandate will issue forthwith.

Per Curiam

Do not publish.